MARGRETE STEWART, as Administratrix, etc., of ROBERT STEWART, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by May fifteenth and shall be ready for argument during the week of May seventeenth. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

MARIA COFFARO, as Administratrix, etc., of ANTONIO COFFARO, Deceased, Respondent, v. QUEEN INSURANCE COMPANY OF AMERICA, Appellant.— Appeal dismissed unless appellant shall be ready for argument during the week of May tenth. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

LUCIA MANZELLA, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Appeal dismissed unless appellant shall file and serve the printed papers by June fourth. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

AUGUSTA A. TITUS, Appellant, v. MORGAN J. TITUS, Respondent.— Appeal dismissed unless appellant shall be ready for argument on May eighteenth. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Appointment of a TRUSTEE OF THE CITY AND COUNTY HALL, for the Use of the City of Buffalo and the County of Erie.— Henry C. Steul is appointed as such trustee, to succeed himself, for the term of six years, ending May 4, 1932. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ETTA MEYER, Appellant, v. WILLIAM H. MEYER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to set aside garnishee execution denied, with ten dollars costs, on the authority of *Shepard* v. *Shepard* (99 App. Div. 308). All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

AMHERST BUILDERS' SUPPLY AND COAL CORPORATION, Appellant, v. EMIL H. BERGENS and Others, Defendants, Impleaded with HERBERT EDWIN ORR and Another, Respondents.— Order modified by striking out the provision requiring the appellant to pay the sheriff's fees and costs of publication and as so modified affirmed, with ten dollars costs and disbursements on this appeal to the appellant against the respondents Orr. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

IGNAZ OECHSNER, Appellant, v. LORENZO D. PERRY, Respondent.— Motion granted and appeal dismissed. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JOHN S. ANDERSON (Doing Business under the Name and Style of SOUTHERN LUMBER COMPANY), Respondent, v. THE MONITOR FURNITURE CO., INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Teall* v. *Roeser* (206 App. Div. 371). All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.